FILED

2025 Jun-17  AM 11:01
U.S. DISTRICT COURT
N.D. OF ALABAMA

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **ANTHONY GLEN HUNT, JR.,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 5:24-cv-01097-ACA-JHE** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Respondent.** | ) | |

### MEMORANDUM OPINION

On May 21, 2025, the magistrate judge entered a report and recommendation (doc. 15), recommending that the Petitioner Anthony Glen Hunt Jr.'s petition for writ of habeas corpus be dismissed without prejudice. Although the magistrate judge advised Mr. Hunt of his right to file specific, written objections within 14 days (*id.* at 6), the court has not received any objections. The court has considered the entire file in this action, together with the report and recommendation, and has reached an independent conclusion that the report and recommendation is due to be adopted and approved.

Accordingly, the court hereby **ADOPTS** the report and **ACCEPTS** the recommendations of the magistrate judge. The court **WILL DISMISS** Mr. Hunt's petition for writ of habeas corpus. A separate order will be entered.

**DONE** and **ORDERED** this June 17, 2025.

_____

**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE